ACCEPTED
03-14-00331-CV
3622813
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 6:14:53 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00331-CV

Tr Ct No. C-1-CV-13-002354

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/30/2014 6:14:53 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS

**Randolph A. Lopez d/b/a Brown Hand Center and d/b/a Brown Medical Center,** *appellant*

**v.**

**Cox Texas Newspapers, L.P. d/b/a Austin American-Statesman,** *appellee*

## NOTICE OF DESIGNATION OF ADDITIONAL AND LEAD COUNSEL

TO THE THIRD COURT OF APPEALS:

Appellee, Cox Texas Newspapers, L.P. d/b/a Austin American-Statesman, files this notice of designation of additional counsel pursuant to Rule 6.1(c) of the Texas Rule of Appellate Procedure. Timothy A. Hootman will be lead counsel on appeal.

Respectfully submitted,

/s/Timothy A. Hootman
Timothy A. Hootman, SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (f)
E-mail: thootman2000@yahoo.com

/s/Bill Malone, Jr.
Bill Malone, Jr., SBN 12877500
8650 Spicewood Springs, No 145-598
Austin, TX 78759

1

512.346.9600

ATTORNEYS FOR APPELLEE

## **CERTIFICATE OF SERVICE**

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

> Isaac J. Huron
> Davis, Cedillo & Mendoza
> 755 E. Mulberry Ave, Ste 500
> San Antonio, TX 78212

Dated: December 30, 2014.

/s/Timothy A. Hootman
Timothy A. Hootman
